428 A.2d 975

**COMMONWEALTH of Pennsylvania**

v.

**Gary P. BATES, Appellant.**

Supreme Court of Pennsylvania.

Argued April 22, 1981.

Decided May 5, 1981.

George D'Ambrosio, West Chester, for appellant.

Alan J. Jarvis, West Chester, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

70

OPINION

PER CURIAM:

The judgment of sentence of the Court of Common Pleas of Chester County is affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.